UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | CRIMINAL NO. | 08mj150 |
| Plaintiff ) | | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge, **Barbara Lynn Major**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

FERMIN VILLE - LLAGUNO

DATED: 1/28/08

**Barbara Lynn Major**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082