

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr279-WQH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ERNEST VILLARREAL-SANCHEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about January 19, 2008, within the Southern District of California, defendant ERNEST VILLARREAL-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fermin Valdez-Llaguno, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2/5/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:rp:San Diego
1/23/08