1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHER DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE JAN M. ADLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08 cr 0279 |
| Plaintiff, | Hon: Judge Jan M. Adler |
| vs. | ORDER TO EXONERATE THE |
| VILLARREAL-SANCHEZ, ERNEST | MATERIAL WITNESS BOND |
| Defendant. | |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Fermin Valdez-Llaguno, be exonerated.  The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

PEDRO SANTIAGO-RUIZ

355 FITZPATRICK RD., SAN MARCOS, CA 92069

Dated:___March 6, 2008___

Jan M. Adler
U.S. Magistrate Judge