1
KAREN P. HEWITT
United States Attorney
2
DAVID L. KATZ
Assistant U.S. Attorney
3
California State Bar No. 141295
United States Attorney's Office
4
880 Front Street, Room 6293
San Diego, California 92101-8893
5
Telephone: (619) 557-5226/Fax: (619) 235-2757
David.Katz@usdoj.gov
6

Attorneys for Plaintiff
7
United States of America

8
UNITED STATES DISTRICT COURT

9
SOUTHERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,               )    Criminal Case No. 08CR0279-01-WQH
                                        )
11
                   Plaintiff,           )
                                        )    NOTICE OF APPEARANCE
12
            v.                          )
                                        )
13
ERNEST VILLARREAL-SANCHEZ,              )
                                        )
14
                   Defendant.           )
                                        )

15

16
TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17
        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18
        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19
83.3.c.3-4.

20
        The following government attorneys (who are admitted to practice in this court or authorized

21
to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22
counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23
activity in this case:

24
        Name

25
        None

26

27

28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name

6        None

7        Please call me if you have any questions about this notice.

8        DATED: April 17, 2008

                                        Respectfully submitted,

9
                                        KAREN P. HEWITT

10                                      United States Attorney

11                                      s/David L. Katz

                                        _____
12                                      DAVID L. KATZ
                                        Assistant United States Attorney
13                                      Attorneys for Plaintiff
                                        United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
     United States v. Villarreal-Sanchez          2          08CR0279-01-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Case No. 08CR0279-01-WQH
                               )
        Plaintiff,             )
            v.                 )
                               )      CERTIFICATE OF SERVICE
ERNEST VILLARREAL-SANCHEZ,     )
                               )
        Defendant.             )
_____)

IT IS HEREBY CERTIFIED THAT:

I, David L. Katz, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   **1.  Robert Hennsler, Robert_hennsler@fd.org**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   **1.  None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008


                                      s/ David L. Katz
                                      DAVID L. KATZ


Notice of Appearance
United States v. Villarreal-Sanchez          3          08CR0279-01-WQH